# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET
MINEOLA, NY 11501

(516) 248-2121 (TEL)
(516) 742-7675 (FAX)
raymondnardo@gmail.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 0 8 2012 ★

BROOKLYN OFFICE

May 2, 2012

BY ECF & REGULAR MAIL

Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re: <u>Lewis, et. al. v. Alert Ambulette, et. al.</u>
           <u>11-CV-442</u>

Dear Judge Weinstein,·

I represent the defendants in the above matter. Defendants do not oppose plaintiffs' motion for summary judgment.

Thank you for your consideration and cooperation.

Respectfully submitted,

RAYMOND NARDO

RN:rn
cc: Dan Getman, Esq.

*[Handwritten annotation: Motion for S.J. Granted. Issue judgment by clerk of Court. Close the case. So ordered. JBW 5/7/12]*